```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YAAKOV KATZ,

              Plaintiff,

      - against -

THE SCHREIBER LAW FIRM, LLC,

              Defendant.
------------------------------------------------------------x

11 Civ. 2319 (RMB)

**ORDER**

      Based upon a review of the Complaint, dated March 22, 2011, it appears that the above-captioned case more properly should have been filed in the United States District Court for the District of New Hampshire. (See Compl. ¶ 6 (Defendant is "a foreign limited liability corporation . . . with offices at 53 Stiles Road, Suite A102 in Salem, New Hampshire"), ¶ 5 (Plaintiff "is an individual who resides in New York."), Ex. A (events giving rise to the claim occurred at "17141 NE 13th Ave., N. Miami Beach, FL"); 28 U.S.C. § 1391(b); see also Biener Nissan, Inc. v. Nissan North Am., Inc., No. 03 Civ. 2114, 2004 WL 350906, at *1 (S.D.N.Y. Feb. 25, 2004) (transferring case where the "[c]omplaint alleges only in a conclusory fashion that venue was proper in this district, pursuant to 28 U.S.C. § 1391" because it "does not describe a single event that actually occurred in the Southern District of New York").)

      The Court will enter an order, pursuant to 28 U.S.C. § 1404(a), transferring this case to the United States District Court for the District of New Hampshire unless the parties submit a (compelling) letter to the Court by April 21, 2011 (noon) setting forth the reasons why venue is proper in the Southern District of New York.

Dated: New York, New York
       April 7, 2011

                                              RICHARD M. BERMAN, U.S.D.J.